Michael A. D'Antonio
Plaintiff Pro Se
2-08 Kenneth Ave
Fairlawn, NJ. 07410
201-962-5881 cell
201-797-1245 fax
mad.316@hot mail.com

6-20-16

United States District Court
District of Newark
Office of the Clerk
50 Wall Street
Newark New Jersey 07101

Att: Mr. William T. Walsh

Re: D'Antonio vs Borough of Allendale et als,.
    Docket No. 2:16-cv-00816-ccc-jbc
    **Final Default Summary Judgment**

Dear Mr. Walsh:

On June 16, 2016, by telephonic scheduling conference Magistrate Judge James B. Clark, III made a decision of Final Default Summary Judgment against Defendants Thomas P. Monahan and Louis Capazzi.

In Support of my request. Plaintiff relies upon Motion filed May 31, 2016, Material Issues of facts, Page 4 paragraph 6 wherein Plaintiff demands Final Summary Judgment of Default in the Amount of $3 million dollars against Thomas P. Monahan . Page 5 paragraph 8 Final Summary Judgment of Default in the amount of $4 million dollars against Louis Capazzi.

Pursuant to Rule 55(a) Plaintiff attaches Affidavit of Michael A. D'Antonio, dated April 1, 2016, Certification in Support of Final Default Judgment and a Copy of Judge James B. Clark III letter Order dated June 16,2016.

Default was established by Judge Clark by the non attendance of both Defendants.

Thank You,

_Michael A. D'Antonio_

Michael A. D'Antonio

*Plaintiff's request for "Final Default Summary Judgment is Denied, as improper. No finding of default was made during the June 16, 2016 conference.*

**SO ORDERED**
*s/James B. Clark*
**James B. Clark, U.S.M.J.**
**Date:** 6/27/16