# PFUND McDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #
MARY C. MCDONNELL #

GERALD A. SHEPARD

#ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY 07450

(201)857-5040
Telecopier
(201) 857-5041
Website
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
41 FARRRAND DRIVE
PARSIPPANY, NJ 07057

NEW YORK OFFICE
494 8th Avenue, 7th Floor
NEW YORK, NY 10001
(212) 227-2962
(FAX) 227-2963

November 8, 2016

***Via Electronic Court Filing***
The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07101

    Re:   **D'Antonio v. Borough of Allendale et al.**
           **Civil Action No. 2:2016-cv-00816 (CCC)(JBC)**

Dear Judge Cecchi:

    My office represents the Defendants, Borough of Allendale, Stiles Thomas, David Bole, Esq., David Pfund, Esq. and myself in the above referenced matter. A conference call is listed before Your Honor on Thursday, November 17, 2016 at 10:30 a.m. to be initiated by our office. It is respectfully requested that the conference call be moved to 3:00 p.m. on that same date, or in the alternative, moved to a different date. I will be in attendance at the League of Municipalities in Atlantic City on November 15, 16 and 17th. Please note the dial-in number for the conference call is 1-888-450-5996 and the participant passcode is 113127. Please advise if Your Honor is amenable to changing the start time and/or date.

    Thank you in advance for your attention and courtesies.

Respectfully submitted,

*/s/ Mary McDonnell*
MARY C. MCDONNELL

MCM/dcb
cc:    Michael D'Antonio via ECF
       All Counsel via ECF