**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL A. D'ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF ALLENDALE, et al.,<br><br>Defendants. | Civil Action No.: 16-cv-816<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on several motions to dismiss made by the following Defendants: Passaic River Coalition ("PRC") (ECF No. 22); David Bole ("Bole"), the Borough of Allendale ("the Borough"), Mary McDonnell ("McDonnell"), David Pfund ("Pfund"), and Stiles Thomas ("Thomas," together, the "Borough Defendants") (ECF No. 33); Mark S. Carter ("Carter") (ECF No. 34); Richard Epstein ("Epstein") (ECF No. 36); John Albohm ("Albohm") (ECF No. 39); and the Bergen County Sheriff's Department ("Sheriff's Department") (ECF No. 47); as well as pro se Plaintiff Michael A. D'Antonio's ("Plaintiff") motion for default judgment against Defendants Louis Capazzi ("Capazzi") and Thomas P. Monahan, Esq. ("Monahan") (ECF No. 63), and Plaintiff's appeal (ECF No. 74) of Magistrate Judge Clark's November 18, 2016, Order (ECF No. 73). For the reasons stated in the corresponding Opinion,

IT IS, on this 21 day of February, 2017,

**ORDERED** that Defendants' motions are **GRANTED**; it is further

**ORDERED** that Plaintiff's motion and appeal are **DENIED**; it is further

**ORDERED** that the Complaint is **DISMISSED** without prejudice; and it is further

1

**ORDERED** that Plaintiff is granted 30 days from the date of this order to file an amended complaint to address the pleading deficiencies described herein, and, if the amended complaint asserts any claims against Defendants Capazzi, Monahan, and PRC, Plaintiff is granted 60 days from the date of this Opinion to effect proper service on these Defendants.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**