Frank Holahan
**RIVKIN RADLER LLP**
21 Main Street, Court Plaza South,
West Wing, Suite 158
Hackensack, New Jersey 07601
Telephone: 201-287-2460
Facsimile: 201-489-0495

*Attorneys for Defendants, Borough of Allendale, et al.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL A. D'ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF ALLENDALE, et al.,<br><br>Defendants. | Civil Action No. 2:16-cv-00816 (JBC)<br><br><br>**APPLICATION FOR EXTENSION OF TIME AND ORDER EXTENDING TIME**<br>**L. Civ. R. 6.1(b)** |

Application is hereby made for a Clerk's Order extending time within which defendant(s) JOHN W. ALBOHM may answer, move, or otherwise reply to the Amended Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on March 8, 2017; and

3. Time to Answer, Move or otherwise Reply expires on March 29, 2017.

RIVKIN RADLER LLP

By:   *s/ Frank Holahan*
Frank Holahan
21 Main Street-Suite 158
Court Plaza South-West Wing
Hackensack, New Jersey 07601
(201) 287-2460

Dated:   March 27, 2017

## **ORDER**

The above application is ORDERED GRANTED extended to _____.


ORDERED DATE:_____


William T. Walsh, Clerk

By:     _____
        Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing L. Civ.

R. 6.1(b) Application for Extension of Time to be served on all parties *via* ECF.

By: *s/ Frank Holahan*
Frank Holahan

Dated:  March 27, 2017