UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL A. D'ANTONIO,<br><br>        Plaintiff,<br><br>  vs.<br><br>PASSAIC RIVER COALITION; BOROUGH OFALLENDALE; STILES THOMAS; JOHN ALBOHM; DAVID BOLE; DAVID PFUND; MARY MCDONNELL; RICHARD EPSTEIN; THOMAS MONAHAN; MARK CARTER; LOUIS CAPAZZI; AND BERGEN COUNTY SHERIFFS DEPT.<br><br>        Defendants. | Civil Action No. .2:16-cv-00816-CCC<br><br>**APPLICATION FOR EXTENSION OF TIME AND ORDER EXTENTING TIME L. Civ. R. 6.1(b)** |

Application is hereby made for a Clerk's Order extending time within which Defendant, Bergen County Sheriff's Dept. may answer, move, or otherwise reply to the Amended Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on March 8, 2017; and

3. Time to Answer, Move or otherwise Reply expires on March 29, 2017

              **THE LAW OFFICES OF RICHARD MALAGIERE, P.C.**

              By:  /s/ Leonard E. Seaman
                Leonard E. Seaman
                250 Moonachie Road, Suite 102
                Moonachie, New Jersey 07074
                (201) 440-0675
                les@malagierelaw.com

DATED: March 28, 2017

## **ORDER**

The above application is ORDERED GRANTED and extended to _____

ORDERED DATE: _____

William T. Walsh, Clerk

By: _____
    Deputy Clerk

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day I caused a true and correct copy of the foregoing L. Civ. R. 6.1 (b) Application for Extension of Time to be served on all parties *via* ECF.

                                      /s/ Leonard E. Seaman
                                      Leonard E. Seaman

DATED: March 28, 2017