Michael A. D'Antonio
Plaintiff Pro Se
P.O. Box 55
Allendale, NJ 07401
201-962-5881 cell
201-857-4411
mad.316@hot mail.com                                        3/31/2017

By Facsimile 973-645-3020 and by Hand

Honorable Magistrate Judge James B. Clark
United States District Court
District of New Jersey
50 Walnut Street
Newark New Jersey 07102

      Re: D'Antonio vs Borough of Allendale et als
         Docket No 2:16 - 00816-16
         Letter Order Default Judgment Thomas P. Monahan and Louis A. Capazzi

Dear Judge Clark,

    Pursuant to the Telephonic Conference March 27 th 2017, your Honor requested that I send a letter Order reflecting the default of Thomas P. Monahan in the amount of $4,000,000.00 and Louis A. Capazzi in the amount of $3,000,000.00, so that the Clerk would enter a Default Judgment.
    I understand that in a prior conference with your Honor, you stated that this venue would not enter the Writ of Execution and or Notice of Levy. Could you please include the name and contact information for Court that would enter them.
Please enter this on the ECF system as notice to all.

Thank You,

*[signature]*
Michael A. D'Antonio