Michael A. D'Antonio
Plaintiff Pro Se
P.O. Box 55
Allendale, NJ 07401
201-962-5881 cell
201-857-4411
mad.316@hot mail.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 APR 11  A 11: 47

4/11/2017

US District Court
50 Walnut Street
Newark New Jersey 07101

Re: D'Antonio vs Borough of Allendale et als
    Docket No. 2:16 -00816-CCC-JBC
    ECF System Failure and Delays

Dear Judges Cecchi and Judge Clark:

    Yesterday I received and ECF notice from Defendants Borough of Allendale Stiles Thomas, David Bole David Pfund and Ms Mary Mc Donnell. The entry date was March 29th a 12 day delay. In that I never received a response from Mark Carter, Mr. Seaman and the Passaic River Coalition how can I respond by April 17th.
    In the event that these defendants do not send copies but some how the ECF does acknowledge an entry do I have to pay for copies.
    I recently came to the clerks office to obtain missing docket entries and was charged 50 cents per page. I believe the current allowable charge is 10 cents a page.
    Can the clerks office make a different method of sending notice. In opening Ms. McDonnell entry I was only allowed to print 3 of the 5 documents due to the ECF system shutting down. Ms McDonnell is kind enough to give me copies of what is missing.
    In that Judge Clark at the March 27th conference requested I send a letter to obtain permission for the clerk to issue default against Mr. Monahan and Mr. Capazzi I sent the letter and waited 4 days and then contacted Judge Clarks clerk who refused to give his name and then said he was at the conference and the Judge did not say send a letter and made me send a motion for leave of the court to obtain the letter to the clerks office to obtain default. It is 14 months since this default occurred.
    Are law clerks not allowed to identify themselves, I find that difficult to understand.
    Lastly in order to comply with all the requests and objections by the defendants I find that being denied Rule 26 Discovery is a bar on my being able to process this action and further being denied Pro Bono Counsel is an injury. Can the court please allow R. 26 Discovery so that I may settle the issues. It is difficult to asses who did what at what level of violation without Discovery which reliance was made upon by me from the onset of this matter. As also only colorably stating damages and injury with out proving same.

Thank you

*[signature]*