**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>2 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07101 |

August 28, 2017

**AMENDED LETTER ORDER**

Re:   **D'Antonio v. Borough of Allendale, et al.**
      **Civil Action No. 16-816 (CCC)**

The Court is in receipt of a letter from Plaintiff, dated July 31, 2017, requesting the entry of default against Defendants Thomas P. Monahan, Esq. and Louis Capazzi [Dkt. No. 142]. It appears that Defendant Monahan was served on March 18, 2017, and has failed to respond [Dkt. No. 88]. It also appears that Defendant Capazzi was served on March 22, 2017, and failed to respond [Dkt. No. 145]. Accordingly, the Clerk shall enter default against Thomas P. Monahan, Esq., and Louis Capazzi pursuant to Fed. R. Civ. P. 55(a).

**IT IS SO ORDERED.**

                                                       s/ James B. Clark, III
                                                     **JAMES B. CLARK, III**
                                                     **United States Magistrate Judge**