**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07101 |

September 25, 2017

**LETTER ORDER**

Re:   **D'Antonio v. Borough of Allendale, et al.**
      **Civil Action No. 16-816 (CCC)**

Dear Counsel and Mr. D'Antonio,

As discussed during the status telephone conference held in this matter earlier today, and for the reasons stated on the record, the following rulings have been made:

1. The Court will conduct a conference call with the parties on **January 3, 2018 at 10:30 AM**. Counsel for Borough of Allendale shall initiate the call.

2. Discovery in this matter shall continue to be stayed pending a decision on the motions to dismiss.

**IT IS SO ORDERED.**

                                                             s/ James B. Clark, III
                                                            **JAMES B. CLARK, III**
                                                            **United States Magistrate Judge**