# THE WOOTEN LEGAL CONSULTING, PC

*Counselors at Law*

*Attorneys at law*

235 ARLINGTON AVENUE

BROOKLYN, NY 11207

TELEPHONE: (917) 722-9384

ALTERNATE TELEPHONE: 917-484-3813

ANTOINETTE M. WOOTEN**

F. RICHARD HURLEY*          WWW.THE-WOOTEN-LEGAL-CONSULTING-PC.NET          OTHER OFFICES:

- (OF COUNSEL)          EAST ORANGE, NEW JERSEY

Honourable Claire C. Ceechi,                                   October 12th, 2017

Judge, US District Court

District of New Jersey

Newark, NJ 08608

Re: Michael A. D'Antonio v. Borough of Allendale et al, 2:16-cv-00816- (CCC)

Dear Judge Ceechi:

  This firm represents the plaintiff in the above-referenced action, and I am the attorney of record for the plaintiff for this matter.

  I am writing to request that the current date for the motion pending before this Court be adjourned so that the plaintiff may file a Motion for Leave to Amend his Complaint in order to ensure that this Court's decision regarding the plaintiff's first complaint is properly and adequately addressed.

s/s Antoinette M. Wooten, Esq.