**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL D'ANTONIO, | Civil Action No.: 2:16-cv-00816 |
| Plaintiff, | |
| v. | **ORDER** |
| BOROUGH OF ALLENDALE et al., | |
| Defendants. | |

**CECCHI, District Judge.**

WHEREAS the Complaint in this matter was filed on February 10, 2016. (ECF No. 1); and

WHEREAS motions to dismiss Plaintiff's Complaint were subsequently filed by a number of Defendants. (ECF Nos. 22, 33, 34, 36, 39, 47); and

WHEREAS the Court granted Defendants' motions to dismiss and granted Plaintiff 30 days to file an amended complaint to address the pleading deficiencies identified in the Court's Opinion. (ECF No. 81); and

WHEREAS Plaintiff filed an Amended Complaint on March 8, 2017. (ECF No. 84); and

WHEREAS motions to dismiss Plaintiff's Amended Complaint were subsequently filed by a number of Defendants. (ECF Nos. 91, 92, 93, 96, 102, 105); and

WHEREAS on October 12, 2017, the Court received a letter indicating that Plaintiff has retained counsel and seeks to "file a Motion for Leave to Amend his Complaint in order to ensure that this Court's decision regarding the plaintiff's first complaint is properly and adequately addressed." (ECF No. 161); and

WHEREAS Defendant Bergen County Sheriff's Department opposed Plaintiff's letter. (ECF No. 162).

Accordingly, IT IS on this 13 day of October, 2017, in the interest of justice and for good cause shown:

**ORDERED** that Plaintiff is granted thirty (30) days from the date of this Order to file a Second Amended Complaint, which will supersede and replace Plaintiff's Amended Complaint (ECF No. 84), and thus must contain all of Plaintiff's factual allegations; it is further

**ORDERED** that, the pending motions to dismiss are administratively terminated as moot (ECF Nos. 91, 92, 93, 96, 102, 105); it is further

**ORDERED** that, because Plaintiff has indicated that he has retained counsel, the pending motion to appoint *pro bono* counsel is administratively terminated as moot (ECF No. 149); and it is further

**ORDERED** that, Defendants shall respond to Plaintiff's Second Amended Complaint in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.