THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere** | 250 MOONACHIE ROAD | 100 CHURCH STREET | *OF COUNSEL* |
| --- | --- | --- | --- |
| *Member NJ & NY Bar* | SUITE 102 | SUITE 100 | **Lawrence D. Mandel** |
| *Registered Patent Attorney* | MOONACHIE, NJ 07074 | NEW YORK, NEW YORK 10007 | *Member NJ & PA Bar* |
| _____ | 201.440.0675 | 212.879.5580 | **Leonard E. Seaman** |
| **Matthew E. Gilson** | FAX: 201.440.1843 | FAX: 212.879.5583 | *Member NJ Bar* |
| *Member NJ Bar* | | | *Certified by the Supreme Court of New Jersey as a Civil Trial Attorney* |

***REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

January 17, 2018

**VIA ECF**
The Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    D'Antonio v. Borough of Allendale, et al.
             Civil Action No.: 2:16-cv-816 (CCC)(JBC)

Dear Judge Cecchi:

      This office represents the Defendant, Bergen County Sheriff's Department ("BCSD"), in the above-captioned matter.

      On January 16, 2018, counsel for Plaintiff submitted a letter to Your Honor "in response to" the BCSD's reply brief in support its motion to dismiss. (Dkt #196) Counsel's letter is a sur-reply. I write to object to same.

      Local Rule 7.1(d)(6) provides that "[n]o sur-replies are permitted without permission of the Judge or Magistrate Judge to whom the case is assigned." "A court may strike a party's sur-reply if filed without permission from the court." In re Ford Motor Co. E-350 Van Prods. Liab. Litig., Civil Action No. 03-4558 (GEB), 2010 U.S. Dist. LEXIS 68241, at *85 (D.N.J. July 9, 2010).

      Inasmuch as permission to file the sur-reply was not sought in advance, counsel's letter is improper and should be stricken. If the Court requires a formal motion to strike, please advise so an application can be filed.

                                        Respectfully submitted,
                                        s/Leonard E. Seaman
                                        LEONARD SEAMAN

Cc:    All counsel (via ECF)
        Client (via e-mail)