# THE WOOTEN LEGAL CONSULTING, PC

*Counselors at Law*

*Attorneys at Law*

235 ARLINGTON AVENUE

BROOKLYN, NY 11207

TELEPHONE: (917) 722-9384

ALTERNATE TELEPHONE: 917-484-3813

ANTOINETTE M. WOOTEN**

F. RICHARD HURLEY*          WWW.THE-WOOTEN-LEGAL-CONSULTING-PC.NET          OTHER OFFICES:

 (OF COUNSEL)                                                                WEST ORANGE, NEW JERSEY

Honourable Claire C. Ceechi,                                    January18th, 2018

Judge, US District Court

District of New Jersey

Newark, NJ 08608

Re: Michael A. D'Antonio v. Borough of Allendale et al, 2:16-cv-00816- (CCC)

Dear Judge Ceechi:

  As you are ware, this firm represents the plaintiff in the above-referenced action, and I am the

attorney of record  for the plaintiff for this matter.

  I am writing on behalf of the plaintiff in this matter to inquire about the status of the plaintiff's

  Motion for a Final Default Judgment which was filed in early January of this year.

Respectfully submitted,

s/s Antoinette M. Wooten, Esq.