# THE WOOTEN LEGAL CONSULTING, PC

*Counselors at Law*

*Attorneys at Law*

235 ARLINGTON AVENUE

BROOKLYN, NY 11207

TELEPHONE: (347) 564-7357-Office

ALTERNATE TELEPHONE: 917-484-3813-Mobile

ANTOINETTE M. WOOTEN**

F. RICHARD HURLEY*          WWW.THE-WOOTEN-LEGAL-CONSULTING-PC.NET          OTHER OFFICES:

  (OF COUNSEL)                                                              WEST ORANGE, NEW JERSE

Honourable Clare C. Ceechi,
Judge, US District Court, NJ
50 Walnut Street
Martin Luther King Building,
Newark, New Jersey 07101                                        July 30th, 2018
Re: D'Antonio v. Borough of Allendale, et al/2:16-00816-CCC

Dear Judge Ceechi:

    Defendants have been granted permission to extend their supplemental briefs by an additional ten pages in the above-referenced matter on the basis that there are several of them and that they have to respond for several parties.

    As such, I am writing to that the plaintiff also be granted permission to extend his supplemental brief and that he is also given additional time of one week to file his supplemental brief on the basis that I my old computer crashed, I was unable to have it repaired, and I had to recently purchase a new

one.

Sincerely

s/s Antoinette M. Wooten, Esq.