# Richard A. Epstein, P.C.
Attorney at Law
1170 U.S. Highway 22 East
Suite 205
Bridgewater, NJ  08807
_____
(908) 575-0185
(Fax) (908) 575-0187

Richard A. Epstein, Esq.                            Email: raelaw1953@gmail.com

July 30, 2018

Via Electronic Court Filing & Regular Mail (Courtesy Copy)

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ  07101

Re:  D'Antonio v. Borough of Allendale, et als.
     Civil Action No. 2:16-cv-00816 (CCC) (JBC)
     Defendant, Richard Epstein's Rule 12(b)(6) Motion to Dismiss Revised Amended Complaint
     and Submission of Supplemental Brief with Request to Reinstate Motion to Dismiss

Dear Judge Cecchi:

      I am a defendant in this action and represent myself in this matter.

      Pursuant to Your Honor's July 2, 2018 Order, I have electronically filed the enclosed Supplemental Brief in support of my Rule 12(b)(6) Motion to Dismiss the Revised Amended Complaint filed by the Plaintiff.  This letter will confirm that Briefing in support of my motion is now complete, and request is hereby made that my Motion to Dismiss be reinstated for determination by the Court.

      Of course, if Your Honor requires any further filings in order to restore my Motion to Dismiss, please advise me accordingly.

                                                       Respectfully submitted,

                                                         /s/ Richard A. Epstein, Esq.

cc:  All Counsel (Via ECF)