

**✱ Order ✱**

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

**FRANK HOLAHAN**
(201) 287-2494
PARTNER
frank.holahan@rivkin.com

September 4, 2018

**VIA ECF**
Hon. James B. Clark, III, U.S.M.J.
United States District Court
50 Walnut Street
Room 2060
Newark, New Jersey 07101

Re: D'Antonio v. Borough of Allendale, et al.
    Civil Action No.: 2016-cv-00816 (CCC)(JBC)

Dear Judge Clark:

This firm is counsel to Defendant John W. Albohm in the captioned matter.

A telephone status conference with Your Honor and counsel is currently scheduled for September 12, 2018 commencing at 10:00 a.m. I write to advise the Court and counsel of a scheduling conflict that I have on September 12, 2018 (I will be on a United Airlines flight to Denver, Colorado at 10:00 a.m.) and respectfully request that Your Honor either permit my non-participation in the conference call as presently set or grant a brief adjournment of the conference. As the Court is likely aware, Plaintiff's Supplemental Amended Complaint is the subject of motions to dismiss that are currently pending before Judge Cecchi.

Your Honor's attention and courtesies are appreciated.

Respectfully yours,

RIVKIN RADLER

s/Frank Holahan

Frank Holahan

**SO ORDERED**
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 9/5/18

FH/sam
cc:   All counsel (via ECF)

4105347 v1

✱ The conference set for 9/12/18 is adjourned to 11/16/18 at 11:00 am.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000  F 518.462.4199

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333