# THE WOOTEN LEGAL CONSULTING, PC

*Counselors at Law*

*Attorneys at Law*

235 ARLINGTON AVENUE

BROOKLYN, NY 11207

TELEPHONE: (917) 722-9384

ALTERNATE TELEPHONE: 917-484-3813

ANTOINETTE M. WOOTEN**

F. RICHARD HURLEY*          WWW.THE-WOOTEN-LEGAL-CONSULTING-PC.NET                    OTHER OFFICES:

(OF COUNSEL)                                                                          WEST ORANGE, NEW JERSEY

Honourable Claire C. Ceechi,                                      October 10th, 2018

Judge, US District Court

Newark

50 Walnut Street

Martin Luther King, Jr. Building

Newark, NJ 07102

***Re: D'Antonio v. Borough of Allendale, et al, 2:16-00816-CCC***

***Dear Judge Ceechi:***

    As you are ware, this firm represents the plaintiff, Michael D'Antonio, in the above-referenced action, and I am the attorney of record for the plaintiff for this matter.

    As such, I am again writing to inquire about the status of the Motion for a Final Default Judgment which I filed on behalf of the plaintiff on or about January 10th, 2018, against defendants Capazzi and Monohan.

Respectfully submitted,

s/s Antoinette M. Wooten, Esq.

Cc Robert Prisco, Esq.

Essex County Assistant Prosecutor

Enc.