UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL D'ANTONIO
Plaintiff

CIVIL ACTION
2016-cv- 00816 (CCC) (JBC)

vs

BOROUGH OF ALLENDALE, STILES THOMAS, JOHN ALBOHM, DAVID BOLE, DAVID PFUND, MARY MCDONNELL, RICHARD EPSTEIN THOMAS MONAHAN, LOUIS CAPPAZZI, PASSAIC RIVER COALITION, BERGEN COUNTY SHERIFF'S DEPT.

**MOTION SEEKING LEAVE OF THE COURT FOR PLAINTIFF MICHAEL D'ANTONIO TO BE REINSTATED TO PRO SE STATUS .**

## PRELIMINARY STATEMENT

This action was initiated by Plaintiff Pro Se. Plaintiff requested appointment of an Attorney Pro Bono and was denied.
Plaintiff retained Ms. Antoinette Wooten Esq..
Ms. Wooten amended the complaint.
Ms. Wooten refused to act upon additional requests of Plaintiff.
Plaintiff requests appointment of Pro Bono Counsel.
Plaintiff attempted to hire new counsel but was not successful.

## STATEMENT OF FACTS

1. Plaintiff became aware that Ms. Wooten was disbarred from practicing Law in the State of New York .
2. Attached as Exhibit "1" is a letter Plaintiff received January 5, 2019.
3. Ms. Wooten is disbarred in the State of New Jersey as per Order Filed October 18 2018, witnessed by Honorable Stuart Rabner Chief Justice, Trenton NJ October 16 2018.

    4. Plaintiff requests expedited disposition of this matter as Plaintiff is 67 years old disabled and can not gain sufficient income to relocate his residence and is presently living with a family member.

    5. Plaintiff requests an Order of the Court granting the relief requested

SO Ordered this date:_____

_____
Judge Claire C. Cecchi . U.S.D..J.

## CERTIFICATION OF SERVICE

    Plaintiff requests that this application be entered on the ECF system as service on all named defendants of record.

    Plaintiff further certifies that Plaintiff mailed an original and one copy of this Motion to the Clerk of District Court, District of Jew Jersey, 50 Walnut Street, Newark New Jersey 07101

Dated: 1-15-2019

Michael D'Antonio

235 Arlington Avenue
Brooklyn, NY 11207-2234

December 2nd, 2018

Michael D'Antonio
P.O. Box 55
Allendale, NJ 07401
~~Albany, NY 11224-0941~~

Dear Mr. D'Antonio:

I am writing to advise that I am temporarily unable to practice law and, therefore, cannot represent you.

I suggest that you immediately file for Pro Se status until you can obtain another attorney.

Sincerely,

Antoinette M. Wooten

Case 2:16-cv-00816-CCC-JBC Document 229 Filed 01/23/19 Page 4 of 9 PageID: 5351



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL D'ANTONIO<br>Plaintiff<br><br>vs<br><br>BOROUGH OF ALLENDALE, STILES THOMAS, JOHN ALBOHM, DAVID BOLE, DAVID PFUND, MARY MCDONNELL, RICHARD EPSTEIN THOMAS MONAHAN, LOUIS CAPPAZZI, PASSAIC RIVER COALITION, BERGEN COUNTY SHERIFF'S DEPT. | CIVIL ACTION<br>2016-cv- 00816 (CCC) (JBC) |

**MOTION SEEKING LEAVE OF THE COURT FOR PLAINTIFF MICHAEL D'ANTONIO TO BE REINSTATED TO PRO SE STATUS.**

### PRELIMINARY STATEMENT

This action was initiated by Plaintiff Pro Se. Plaintiff requested appointment of an Attorney Pro Bono and was denied.
Plaintiff retained Ms. Antoinette Wooten Esq..
Ms. Wooten amended the complaint.
Ms. Wooten refused to act upon additional requests of Plaintiff.
Plaintiff requests appointment of Pro Bono Counsel.
Plaintiff attempted to hire new counsel but was not successful.

### STATEMENT OF FACTS

1. Plaintiff became aware that Ms. Wooten was disbarred from practicing Law in the State of New York.
2. Attached as Exhibit "1" is a letter Plaintiff received January 5, 2019.
3. Ms. Wooten is disbarred in the State of New Jersey as per Order Filed October 18 2018, witnessed by Honorable Stuart Rabner Chief Justice, Trenton NJ October 16 2018.

4. Plaintiff requests expedited disposition of this matter as Plaintiff is 67 years old disabled and can not gain sufficient income to relocate his residence and is presently living with a family member.

5. Plaintiff requests an Order of the Court granting the relief requested

SO Ordered this date:_____

_____
Judge Claire C. Cecchi . U.S.D..J.

## CERTIFICATION OF SERVICE

Plaintiff requests that this application be entered on the ECF system as service on all named defendants of record.

Plaintiff further certifies that Plaintiff mailed an original and one copy of this Motion to the Clerk of District Court, District of Jew Jersey, 50 Walnut Street, Newark New Jersey 07101

Dated: *1-15-19*

*[signature]*
Michael D'Antonio

235 Arlington Avenue
Brooklyn, NY 11207-2234

December 2nd, 2018

Michael D'Antonio
P.O. Box 55
Allendale, NJ 07401
~~Albany, NY 11224-0941~~

Dear Mr. D'Antonio:

I am writing to advise that I am temporarily unable to practice law and, therefore, cannot represent you.

I suggest that you immediately file for Pro Se status until you can obtain another attorney.

Sincerely,

Antoinette M. Wooten



Lionel Malonado
15 Arlington Avenue
Brooklyn, N.Y. 11207-2234

Michael D'Antonio
P.O. Box 55
Allendale, N.J. 07401

Michael A. Dantonio
PO Box 55
Allendale, NJ 07401



U.S. POSTAGE PAID
FCM LETTER
ALLENDALE, NJ
07401
JAN 15, 19
AMOUNT

$0.71

R2305K134525-05

1000    07101

RECEIVED
JAN 22 2019

400

CLERK DISTRICT COURT
DISTRICT OF NEW JERSEY
50 WALNUT STREET
NEWARK NEW JERSEY 07101