## PFUND MCDONNELL, P.C.
### ATTORNEYS AT LAW

DAVID T. PFUND #
MARY C. MCDONNELL #
GERALD A. SHEPARD

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

October 16, 2019

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07101

      Re:    **D'Antonio v. Borough of Allendale et al.**
             **Civil Action No. 2:2016-cv-00816 (CCC)(JBC)**

Dear Judge Cecchi:

      This office represents Defendants, Borough of Allendale, its official, Stiles Thomas, and its attorneys, David Bole, Esq., David Pfund, Esq. and Mary McDonnell, Esq., (collectively "the Allendale Defendants") in the above referenced matter. This letter is submitted in response to Pro Se plaintiff's letter of today's date.

      Pro Se plaintiff's letter requests that "writs of execution for default judgments against Jack Levin/Borough of Allendale, Thomas Monahan and Louis Capazzi" be signed.

      By way of clarification, default has not been entered against the Borough of Allendale or any other Allendale defendant listed above. As the Court is aware, Motions to Dismiss were filed by the Allendale defendants in lieu of filing answer pursuant to Fed. R. Civ. P. Rule 12(b)(6).

1

Thank you for your attention to the above.

                              Respectfully submitted,

MCM/dcb                           MARY C. MCDONNELL