# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #
MARY C. MCDONNELL #
GERALD A. SHEPARD

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

January 3, 2019

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07101

> Re: **D'Antonio v. Borough of Allendale et al.**
> **Civil Action No. 2:2016-cv-00816 (CCC)(JBC)**

Dear Judge Cecchi:

This office represents Defendants, Borough of Allendale, its official, Stiles Thomas, and its attorneys, David Bole, Esq., David Pfund, Esq. and Mary McDonnell, Esq., (collectively "the Allendale Defendants") in the above referenced matter.

Please accept this letter as a request to reinstate Defendants' Motions to Dismiss (ECF 173, 174, 176, 177 and 178).

By Order dated September 30, 2019 (ECF 247) the Court administratively terminated Defendants' Motions to Dismiss and ordered that this civil action be referred to mediation before Sheryl M. Goski, Esq. The Order further provided that if mediation was unsuccessful, the Motions would be deemed reinstated.

1

The parties were advised via email on October 11, 2019 by Ms. Goski that this matter was not appropriate for mediation. As a result, Defendants respectfully request that the pending Motions to Dismiss be reinstated.

Thank you for your attention to the above.

Respectfully submitted,

MARY C. MCDONNELL

MCM/dcb