## RE: settlement offer District Court 2:16-cv-00816-CCC-JBC D' Antonio vs Borough of Allendale

Michele L. Weckerly <MWeckerly@srstlaw.com>
Fri 4/19/2019 9:36 AM
To: 'Michael D'Antonio' <mad.316@hotmail.com>

Mr. D'Antonio,

My client will not entertain any sort of settlement discussions until the court decides the pending motion to dismiss.

Have a nice weekend

Michele L. Weckerly, Esquire
Salmon Ricchezza Singer & Turchi, LLP
1601 Market Street, Suite 2500
Philadelphia, PA 19103
(215)606-6627
(215) 606-6601 (FAX)
and
Tower Commons
123 Egg Harbor Road, Suite 406
Sewell, NJ 08080
(856)842-0788
(856)354-8075(FAX)
mweckerly@srstlaw.com

****************************************************************************************************
**************

If you are not the intended recipient of this communication, please notify us immediately at (215) 606-6600 or via email at
[../../../../../../Documents%20and%20Settings/mweckerly/Application%20Data/Microsoft/Signatures/www.srstlaw.com]www.srstlaw.com. The information contained in this communication, including attachments, may represent non-public information intended exclusively for the designated recipient(s). The information may be strictly confidential and/or protected legally by the attorney/client privilege and/or or other legally recognized privileges as well. If the reader or recipient of this communication is not the intended recipient, or you believe that you have received this communication in error, please take notice that any dissemination, distribution, or copying of this communication is strictly prohibited.
****************************************************************************************************

**From:** Michael D'Antonio [mailto:mad.316@hotmail.com]
**Sent:** Thursday, April 18, 2019 4:05 PM
**To:** Michele L. Weckerly
**Cc:** Joe Turchi
**Subject:** settlement offer District Court 2:16-cv-00816-CCC-JBC D' Antonio vs Borough of Allendale

EXHIBIT "2" 2 PAGES

I have received the Substitution of Attorney. I request a meeting to discuss settlement based upon original approved subdivision map and environmental issues ignored by your client plus the actual

values in support of the transfer of the land and the surplus under In Rem Foreclosures. If your client grants my requests I will sign a release and hold harmless agreement.
Thank You,
Michael D' Antonio