*plaintiff may raise these issues at the conclusion of mediation.

Michael A. D'Antonio
Plaintiff Pro Se
P.O. Box 55
Allendale NJ 07401
mad.316@hotmail.com
cell 201-962-5881
fax 201-857-4411

**SO ORDERED**
s/*James B. Clark*
James B. Clark, U.S.M.J.
Date: 10/17/2019

Clerks Office
District Court
50 Walnut Street
Newark, New Jersey 07101

    Re: D'Antonio vs Borough of Allendale et als
       Docket No. 2:16-cv-00816-CCC-JBC
       Request for Writ of Executions to be signed, Grant Motion to Amend
       Complain To Add Emigrant Savings and Retained Realty as Defendants.
       Partial Order To Return Plaintiff's Home at 316 E. Allendale Ave.

Dear Judge Clark.

      This Matter is over 3 1/2 years old. The Writs of Execution for Default Judgment have not been signed against Jack Levin/ Borough of Allendale, Thomas Monahan and Louis Capazzi .
      Two named Defendants have moved out of State, Mr. Epstein a Defendant and an Attorney closed his practice and retired. Stiles Thomas a Defendant sold his house and moved.
      There is presently a Motion to Amend my Complaint to add Emigrant Savings and Retained Realty. Mr. Epstein was the Attorney and in that Mr. Epstein effectuated the payments totaling $60,000.00 more than the required eviction fees, Judge Innes a Chancery Judge signed an Order to return said funds by the Bergen County Sheriff's Dept. which was not done. In House Counsel for the Sheriffs Office denied public access to the Checking account ledgers to verify the initial deposit and the return of said funds.
      In that Mr. Epstein will seek protection that he only represented the Bank it is now necessary to join the Bank, Emigrant Savings and its Holding entity Retained Realty for Bribing the Bergen County Sheriffs Dept for the illegal eviction and transferring the Sheriff's Deed on my former property
      I further request a partial decision to return the Deed to the House at 316 E. Allendale Ave in that the Mortgage contract was not signed, a non entity to the contract made 40 consecutive payments on the Mortgage thereby the mortgage contract was void by Operation of Law, further the Deed Obtained by the Bank from the Sheriff's Dept was obtained through extortion and bribery thereby making the eviction void by Operation of Law.

EXHIBIT "4" 2 PAGES

Please enter this on the ECF system as notice to all parties

Thank you,

*Michael D'Antonio*

Michael D'Antonio