**Richard A. Epstein**
1719 Basildon Road
Mount Pleasant, SC 29466
732-598-3744

Email: raelaw1953@gmail.com

April 3, 2020

Via Electronic Court Filing

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

Re: D'Antonio v. Borough of Allendale, et als.
    Civil Action No. 2:16-cv-00816 (CCC) (JBC)
    Plaintiff's Motion for Reconsideration and Other Relief
    Returnable: April 20, 2020

Dear Judge Cecchi:

      I am a defendant in this action and represent myself in this case. Please accept this Letter Brief in lieu of a more formal brief in opposition to Plaintiff's Motion for Reconsideration of the Court's March 13, 2020 Order dismissing the Plaintiff's Second Amended Complaint (the "SAC"), and requesting dismissal of Plaintiff's Third Amended Complaint filed with the Court (Document 260-4)

      In the first instance, I join in the arguments set forth in the Letter Brief filed by Mary McDonnell, Esq. on behalf of the Borough of Allendale defendants, and by Leonard Seaman, Esq., on behalf of the Bergen County Sheriff's Office. In his moving papers, Plaintiff has failed to provide any legal or factual basis for granting of the motion for reconsideration, as required in accordance with the well settled cases cited in Mr. Seaman's letter brief. While the Plaintiff's moving papers are largely incomprehensible, the sole basis of Plaintiff's motion for reconsideration is his mere belief and conclusion that the Court was simply wrong in dismissing his SAC for lack of standing. Plaintiff cites no law whatsoever in support of his motion, and merely relies on the pleadings set forth in the SAC to support his argument that he has standing to pursue this case. Plaintiff seems to think that if he screams loud enough that Judge Cecchi was wrong in dismissing his SAC, the Court will grant his motion. Such an approach is clearly insufficient to establish the within relief requested by Plaintiff.

EXHIBIT "1"
1 PAGE

# Richard A. Epstein, P.C.

Attorney at Law
2 Bucks Lane & Hwy. 79, Suite 3
Marlboro, N.J. 07746

(732) 303-8599
(732) 303-1566 (Fax)

Richard A. Epstein, Esq.                                                      E-Mail: raelaw@optonline.net

December 5, 2013

# 3 *item*

VIA FACSIMILE

Sheriff of Bergen County
Justice Center
1 Court Street
Hackensack, NJ 07306

Attn: Foreclosure Sales

Re: Emigrant Mortgage Company, Inc. v. Calm Development, Inc., et als.
    Docket No. F-47234-09
    Sheriff's File No. 13000958

2013 DEC -5 P 3:00

Dear Sir or Madam:

Enclosed please find the following:

(X) Supplemental Order of December 4, 2013 Directing Sheriff to Pay Additional Sums to Plaintiff

Would you please:

(X) Include this amount in amount due to plaintiff. The sale is currently on for 12/6/13

Very truly yours,

Richard A. Epstein

RAE:dee
Enclosure

*Additional Sums added to Judgement amount. No money received by Sheriff's Dept.*

EXHIBIT "2"
1 PAGE

**Michael A. D'Antonio**
P.O. Box 55
Allendale, New Jersey 07401
mad.316 @hotmail.com
cell 201-962-5881
fax 201- 857-4411                                       4/4/2020

Via First Class Mail

Clerk's Office Mr. Walsh
US District Court of New Jersey
50 Walnut Street
Newark, NJ 07101

            Re: Docket No. 2:16-cv-00816 (CCC) (JBC)
               D'Antonio vs the Borough of Allendale et als

Dear Mr. Walsh:

    Enclosed please find an Original and one copy of Letter Brief in Opposition to Mr. Epstein and Ms. Weckerly, Please be reminded that Mr. Epstein Recused himself and now reenters the case without proper certifications and or Substitution of Attorney from the Weir law Firm. Plaintiff requests suppression of Mr. Epstein's submissions.
    Further please mark copy filed and return to the Plaintiff in self addressed stamped envelope.
Please enter this letter on the ECF as Notice to all parties.

Thank You,

*Michael D'Antonio*
Michael D'Antonio