**Michael A. D'Antonio**
P.O. Box 55
Allendale, New Jersey 07401
mad.316 @hotmail.com
cell 201-962-5881
fax 201- 857-4411                                                                                      7-1-20

United States District Court
District of Newark
Office of the Clerk
50 Wall Street
Newark New Jersey 07101

Attention Mr. William Walsh Clerk

      Re: D'Antonio vs Borough of Allendale et als
         Docket No. 2:16-cv-00816-(CCC) (JBC)
         Request leave to file a Third Amended Complaint as Per Judge Clarks Order
         ECF 293

Dear Mr. Walsh:
      Please find 1 original and 2 copies of the Third Amended Complaint. Pursuant to Judge Clark's Order ECF NO 293 dated 6-30-20. Please enter the Original on the ECF System as Notice to All Parties and 2 courtesy copies for Judge Cecchi and Judge Clark.

      The Order directs me to file a Third Amended Complaint that specifically alleges why Plaintiff has standing to bring claims related to Subject Property if I were not the owner of the subject property. This issue is only part of the following complaint and should be moot as the Plaintiff relies on State Law 654 Statute of limitations and 544 section 2 Treble Damages as submitted by letter to Judge Cecchi 6-12-2020.

      1.The issue of Standing has been entered into this proceeding by Defendants Borough of Allendale's Counsel Pfund McDonnell who are hired under a contract paid for by the Joint Insurance Fund (JIF)and Plaintiff has responded that the issue of standing in a Civil Rights case that is 4 1/2 years in action requires the Defendants to be denied a defense as to lack of standing due to the tolling of the Statute of Limitations . Judge Cecchi ruled that if this Plaintiff suffered injuries separate and apart from a Corporation than the Plaintiff may assert those injuries.

      2. The Borough of Allendale discovered by examination of Department of State

Page 1

Records filed by then Borough Attorney David Bole that the Closed Calm Development Corporation was not in legal standing due to failing to pay Corporate filing fees. The State of New Jersey stopped sending renewal forms by mail and this filing was overlooked by my son. Plaintiff discovered this by communication from former Borough Attorney David Bole when Plaintiff received litigation in his personal name. Since that time Calm Development was a trade name. All taxes on the property were paid by this Plaintiff, all Renovation Funds were paid for by this Plaintiff, all Mortgage payments were paid by this Plaintiff and all legal costs defending the 9 litigations, a total of Plaintiff's personal funds vested in this property are $820,000.00. This meets the threshold stated by Judge Cecchi as injuries separate and apart from the Corporation.

  3. Mr. Seaman on behalf of the Bergen County Sheriff's Department also requests dismissal of Plaintiffs claims on a Number of substantive grounds including the absence of standing allegations mandated by the Court Order dismissing the revised second Amended complaint but fails to list the substantive grounds for dismissal ECF No 290 and fails to state that Judge Cecchi Granted plaintiff the right to file a third Amended Complaint.  There is a claim which relief can be granted upon with the illegal eviction, bribery, Sheriff Deed and extortion by Mr. Epstein and the Bergen County Sheriff's Department. These issues are supported by Judge Innes' Order compelling the Sheriff to return the $60,000.00, which Mr. Epstein was responsible for arranging . Mr. Epstein has resigned his position as an officer of the Court gave his primary house to his daughter along with his Legal Practice. and moved to South Carolina.

  4.  Defendant Stiles Thomas has sold his home in Allendale and relocated to Massachusetts.  The Court has more than sufficient evidence to grant my application especially in the presence and submission of Document 167. Either the Clerks missed this or something is very wrong.

  5. Also submitted  was  a settlement letter which Ms. Goski was not experienced enough to deal with such numbers or related damages, further the wording of Judge Cecchi's Order was indicative to the wrongful conduct of all the Defendants in this matter and allows me to re-file an 3rdAmended Complaint. Giving me Standing is apparent to the grant of filing a 3rd amended application.

6. I was denied 3 times for a request to have Pro Bono Attorney appointed so that Plaintiff's case would be accepted. How in all 41/2 years can this matter continue to grant a motion that I have failed to State a Claim in the presence of such compelling evidence. I was denied 3 applications for Affordable Housing Rights.

7. In a prior submission a copy of the Settlement sent at Ms. Goski's request was sent. If your office needs an explanation of values please be reminded that all of the named Defendants Borough of Allendale, Stiles Thomas, The PRC, John Albohm, The Bergen County Sheriff, Mr. Bole, Mr. Pfund, Ms. McDonnell, Mr. Epstein. Mr. Capazzi and Mr. Monahan and any other connected party have committed tortuous interference of Economic Gain and violated my protected Civil Rights as individually listed in the present 3rd Amended Complaint submission.

Please be further aware that Judge Clark has granted Final Default Judgment and Ms Wooten has submitted Claims which relief can be granted upon and the request for Final Default Judgment which was granted. The Writs of Execution against Thomas Monahan and Louis Capazzi have not been signed which are over 3 months. The Rules require the amount listed in the original complaint to be the amount entered in the Writ of Execution. Please be advised that the issue of Standing as been more than well supported and the primary evidence and support is the Primary Defendant Borough of Allendale has purchased an insurance policy in my name alone, with a 80% coverage and that Mr. Pfund and Ms. McDonnell are hired by the insurance company Joint Insurance Fund. This one issue should satisfy Judges Cecchi and Judge Clark as to standing. Please enter this on the ECF System as Notice to all parties.

Thank You for your attention in these matters

I certify that the foregoing statements made by me are true. I am further aware that if any of the foregoing statements made by we are willfully false I am subject to punishment

_____         _____

Michael A. D'Antonio

CC: Courtesy Copies mailed to Judge Cecchi's and Judge Clark's Chambers