**From:** Michael D'Antonio
**Sent:** Wednesday, July 8, 2020 12:27 PM
**To:** NJD-HelpDesk <ecfhelp@njd.uscourts.gov>
**Subject:** AMENDMENT TO FILED REVISED 3RD AMENDED COMPLAINT 2:16-CV-00816(ccc)(jbc) D'ANTONIO VS Borough of Allendale et als

46. that the BOA, David Bole, David Pfund, Mary McDonnell, John Albohm and Stiles Thomas Mr. Richard Epstein Emigrant Savings and retained Realty denied Plaintiff to exercise the Judgment against Jack Levin In the amount of $6 million +- for the 34 approved building lots at Heather Court and Yoeman's Lane and the 4.3 acres owned by Jack Levin connected by the reconveyance agreement between Jack Levin and Mr. and Mrs. Albohm.

Michael A. D'Antonio