# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD

JOSEPH A. KEANE

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

July 17, 2020

**_Via Electronic Court Filing (ECF)_**
The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07101

> **Re:    D'Antonio v. Borough of Allendale et al.**
> **Civil Action No. 2:2016-cv-00816 (CCC)(JBC)**

Dear Judge Cecchi:

This office represents Defendants, Borough of Allendale, Stiles Thomas, David Bole, Esq., David Pfund, Esq. and Mary McDonnell, Esq. in the above referenced matter.

By Order dated March 13, 2020 the Court dismissed Plaintiff's Second Amended Complaint and permitted plaintiff to file a Third Amended Complaint that specifically alleges why Plaintiff has standing to bring claims related to the Subject Property if he was not the owner of the Subject Property (ECF No. 259).  On or about March 20, 2020, Plaintiff filed a Motion for Reconsideration with a "Third Amended Complaint" as an attachment (ECF No. 260-4).

The Allendale Defendants then filed a Motion to Dismiss Plaintiff's Third Amended Complaint on April 9, 2020 (ECF No. 265).

By Order dated June 30, 2020, the Court entered an Order requiring Plaintiff to file his Third Amended Complaint to appear as a separate entry in the docket (ECF No. 293).  Plaintiff then filed his Revised Third Amended Complaint (ECF No. 296).

The Allendale Defendants now request that the previously filed Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 265) be considered in response to plaintiff's Revised Third Amended Complaint (ECF No. 296).

Thank you for your attention to the above.

Respectfully submitted,

MARY C. MCDONNELL

MCM/dcb

2