THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>SUITE 102<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Member NJ Bar*<br>*Certified by the Supreme Court*<br>*of New Jersey as a Civil Trial*<br>*Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

April 28, 2021

**VIA ECF**
The Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5B
Newark, New Jersey 07101

        RE:   **D'ANTONIO v. BOROUGH OF ALLENDALE et al**
                **Civ. Action No.: 2:16-cv-00816-CCC-JBC**

Dear Judge Cecchi,

      We represent the Bergen County Sheriff's Office (improperly pleaded as the "Bergen County Sheriff's Department") in the above matter.

      Plaintiff has filed a motion for reconsideration (ECF # 336) of the Court's March 31, 2021 Orders dismissing his claims in the above matter (ECF # 335). Plaintiff's application is in contravention of Judge Clark's August 5, 2016 Order directing him to seek permission by letter before filing any further motions (ECF # 64).

      As a result, we respectfully request direction from the Court regarding whether the motion for reconsideration will be heard and, if so, its return date so the matter can be briefed by the defendants.

      Thank you.

                                             Respectfully,

                                             s/ Leonard E. Seaman
                                             LEONARD E. SEAMAN

LES/me

cc:    Michael D'Antonio and all counsel of record (via ECF)
       client (via e-mail)