UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1329
_____

MICHAEL D'ANTONIO,
                            Appellant

v.

BOROUGH OF ALLENDALE; STILES THOMAS; JOHN ALBOHM;
DAVID BOLE, ESQ.; DAVID T. PFUND, ESQ.; MARY C. MCDONNELL, ESQ.;
LOUIS CAPAZZI; PASSAIC RIVER COALITION; BERGEN COUNTY SHERIFFS
DEPARTMENT; THOMAS P. MONAHAN, ESQ.; RICHARD A. EPSTEIN

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2:16-cv-00816)
District Judge: Honorable Claire C. Cecchi

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 11, 2022
Before: RESTREPO, RENDELL, and FUENTES, <u>Circuit Judges</u>

_____

**JUDGMENT**
_____

     This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on October 11, 2022. On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the judgments of the District Court entered March 31, 2021, and January 31, 2022, be and the same are hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 19, 2022

Cost taxed in favor of Appellee as follows:

    Brief........................$198.69

    Total........................$198.69

**Certified as a true copy and issued in lieu of a formal mandate on** February 17, 2023

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**