| | OFFICE OF THE CLERK | |
|---|---|---|
| PATRICIA S. DODSZUWEIT<br><br>CLERK | UNITED STATES COURT OF APPEALS<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |



February 17, 2023

Mr. William T. Walsh
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & United States Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Michael D'Antonio v. Borough of Allendale, et al
Case Number: 22-1329
District Court Case Number: 2-16-cv-00816

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit,
Clerk

cc:

John W. Albohm
Michael D'Antonio
Richard A. Epstein I
Mary C. McDonnell
Leonard E. Seaman III

Joseph L. Turchi
Michele L. Weckerly