# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL A. D'ANTONIO,<br><br>             Plaintiff,<br><br>vs.<br><br>PASSAIC RIVER COALITION;<br>BOROUGH OFALLENDALE;<br>STILES THOMAS; JOHN<br>ALBOHM; DAVID BOLE; DAVID<br>PFUND; MARY MCDONNELL;<br>RICHARD EPSTEIN; THOMAS<br>MONAHAN; MARK CARTER;<br>LOUIS CAPAZZI; AND BERGEN<br>COUNTY SHERIFFS DEPT.<br><br>             Defendants. | Docket No.: 2:16-cv-00816<br><br>Civil Action<br><br>**[PROPOSED] ORDER<br>AWARDING COSTS** |

THIS MATTER having been opened to the Court by defendant, Bergen County Sheriff's Office (i/p/a "Bergen County Sheriff's Department"), for an Order awarding taxed costs, and plaintiff having appealed the judgments of this Court entered on March 31, 2021 and January 31, 2022  to the United States Court of Appeals for the Third Circuit that Court having issued its Order and Judgment affirming those judgments and awarding taxed costs of $198.69 to defendant Bergen County Sheriff's Office, and good cause having been shown,

IT IS this ___ day of _____, 2023

ORDERED that plaintiff, Michael D'Antonio shall, pay defendant, Bergen County Sheriff's Office, $198.69 within _____ days of the date hereof.

_____
Honorable Claire C. Cecchi, U.S.D.J.