**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. No. _22-1329_

Caption: _MICHAEL D'ANTONIO v BOROUGH OF ALLENDALE, et al._

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | **6** | **20** | **$0.11** | **$4.77** | **inc.** | **$2.77** | **$44.56** | |
| Reply Brief | | | | | | | | |
| Appendix | **6** | **169** | **$0.11** | **$5.50** | **inc.** | **$9.58** | **$154.13** | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ **198.69** | $ |

Brief Produced by Reproduction: ☐          Brief Produced by Photocopy:   ☒

In House:   ☐

Commercial:   ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, _Leonard E. Seaman_ , do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_s/ Leonard E. Seaman_                    _11/2/2022_

Signature                                Date
Attorney for: _Bergen County Sheriff's Office_

**A certificate of service must accompany this form.**

Case: 22-1329   Document: 79   Page: 2   Date Filed: 11/02/2022




Blue Dog Graphics
222 River Street
Hackensack, NJ 07601
201-343-3343

# Invoice

No:     **58522**

Date:     5/10/22



**Ship To:**

Leonard Seaman
Richard Malagiere Esq.
250 Moonachie Road, Suite 102
Moonachie NJ 07074
Phone: 201-440-0675
E-Mail: les@malagierelaw.com

| Quantity | Description | Amount |
|---|---|---|
| 6 | D'Antonio v. BCSO<br>Appendix with WHITE cover, 8.5 x 11  white 20#  Bond. 11", 169 sheets, copied on 1 side<br>    6            Perfect bind-med | $ 144.55 |
| 6 | D'Antonio v. BCSO<br>Brief with BLUE cover, 8.5 x 11  white 20#  Bond. 11", 20 sheets, copied on 1 side<br>    6            Perfect bind | $ 41.79 |

*Enter in BQL*

| | |
|---|---|
| SUBTOTAL | $ 186.34 |
| TAX | $ 12.35 |
| SHIPPING | $ 0.00 |
| TOTAL | $ 198.69 |
| AMOUNT DUE | $ 198.69 |

# CERTIFICATE OF SERVICE

I certify that on November 2, 2022, the foregoing document was served

on all parties or their counsel of record through the CM/ECF system and that a

paper hard copy was sent via regular mail to:

Michael D'Antonio
P.O. Box 55
Allendale, NJ 07401

/s/ Leonard E. Seaman
Leonard E. Seaman

DATED: November 2, 2022